UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| REAL PROPERTY KNOWN AS | ) Case No.: CV4:09-52 |
| 1111 WILMA AVENUE, SAVANNAH, | ) |
| GEORGIA | ) |
| | ) |
| and | ) |
| | ) |
| REAL PROPERTY KNOWN AS | ) |
| 1393 HIGHWAY 80 EAST, POOLER, | ) |
| GEORGIA | ) |

**ORDER**

Having reviewed and considered the government's Motion to Stay Scheduling Order, the Court finds that good cause appears for the stay requested by the government.

IT IS HEREBY ORDERED that discovery and all other proceedings in this civil forfeiture action are stayed for thirty days.

This 22nd day of July 2010.

_____
HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Prepared by: Jessica L. McClellan
Assistant United States Attorney
Georgia Bar No. 436785
100 Bull Street
Savannah, Georgia 31401
(912) 652-4422

U.S. v. Real Property known as 1111 Wilma Avenue, Savannah, Georgia, *et al.*
Case NumberCV4:09-52